UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WESTCHESTER FIRE INSURANCE
COMPANY,

      Plaintiff,

      v.                                       No.3:05-cv-156-J-12MCR

AMERICAN CONTRACTORS &
DEVELOPERS, INC., et al.,

      Defendants.

## ORDER

This cause is before the Court on Plaintiff's motion to dismiss (Doc.21) the Defendants' Amended Compulsory Counterclaim (Doc. 20). The motion (Doc.21) and accompanying memorandum of law in support (Doc.22) were filed on October 17, 2005. As of the date of this Order, the Defendants have not filed a response in opposition to the motion.

The Court dismissed the Defendants' original Compulsory Counterclaim (Doc.8) with leave to amend finding that "[t]he Court is of the opinion that given the secondary or derivative nature of the Plaintiff's liability, the purpose of the payment and performance bonds pursuant to Fla. Stat. §255.05 to protect third party subcontractors and suppliers on public construction projects, and the fact that the indemnification agreement between Plaintiff and the Defendants does not appear to give the Defendants any rights of indemnification, the Defendants' breach of contract claim is either a claim properly asserted by a third party claimant or is more appropriately asserted as a defense against

the Plaintiff's asserted claims for indemnification." Order (Doc.19).

For the reasons set forth in the Plaintiff's motion to dismiss and memorandum in support (Docs. 21 & 22), the Court finds that the legal authority set forth in the Defendants' Amended Compulsory Counterclaim (Doc.20) does not support their claim against the Plaintiff. Accordingly, it is

**ORDERED AND ADJUDGED:**

That Plaintiff's motion to dismiss (Doc.21) the Defendants' Amended Compulsory Counterclaim (Doc. 20) is granted. The Defendants' Amended Compulsory Counterclaim (Doc.20) is dismissed.

**DONE AND ORDERED** this __4th__ day of January 2006.

*/s/ Howell W. Melton*
Howell W. Melton
Senior United States District Judge

Copies to:   Counsel of Record